**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 82 MM 2014
:
               Respondent :
:
:
:
           v. :
:
:
:
JORDAN MICHAEL WALLICK, :
:
              Petitioner :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 11th day of August, 2014, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**. Counsel is directed to file a Petition for Allowance of Appeal within 15 days of this order.